# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                    **APPEARANCE**

JACKIE GANT                           CASE NO. 3:03CR53(JBA)

To the Clerk of this Court and all parties of record:

    Enter my Appearance as counsel in this case for:

*JACKIE GANT*

Date: April 6, 2005

_____
Signature

Bar No.: ct26604

Sarah F. Russell
Print Name

OFFICE OF THE FEDERAL DEFENDER
Firm Name

2 WHITNEY AVENUE, SUITE 300
Address

NEW HAVEN    CT    06510
City         State  Zip Code

(203) 498-4200
Phone Number

I hereby certify that copies have been mailed/hand-delivered to counsel of record as listed below, this date: April 6, 2005

Bunita Keyes, United States Probation Officer, 450 Main Street, Hartford, CT 06103.

_____
Sarah F. Russell