Form 12

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED

**U.S.A. vs. JACKIE GANT**

**Docket No. 3:03CR00053(JBA)**

2005 MAR 29  A 10:01

## PETITION ON PROBATION AND SUPERVISED RELEASE

DISTRICT COURT

**COMES NOW** Bunita B. Keyes, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of JACKIE GANT who was sentenced to time served for violation of 21 U.S.C. §§ 952(a) and 960(a)(1), Importation of Cocaine by the Honorable Frederic Block sitting in the Eastern District of New York on December 23, 2002 who fixed the period of supervision at five years which commenced on December 23, 2002 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follow: 1) The defendant shall serve twelve (12) months in community confinement (halfway house); 2) The defendant shall participate in a drug treatment program as directed by the Probation Department; 3) The defendant shall not possess any kind of firearm; and 4) The defendant shall, through his attorney, provide quarterly progress reports to the Court during his period of community confinement.

On December 23, 2002, Mr. Gant's supervision commenced and he is expected to complete supervision on December 22, 2007. On February 15, 2003, Jackie Gant's jurisdiction was transferred from the Eastern District of New York to the District of Connecticut. The case was assigned to the Honorable Janet Bond Arterton. On July 31, 2003, the Court modified Mr. Gant's special conditions removing the condition that the defendant serve twelve months in community confinement and added the following condition that The defendant shall participate in a mental health treatment program, as approved by the Probation Office. The defendant shall pay all, or a portion of the cost associated with treatment, based on his ability to pay, in an amount determined by the Probation Office as appropriate.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1 - Standard Condition:** "You shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month." Mr. Gant has not reported to the Probation Office since December 7, 2004. His whereabouts are unknown and he is considered to be an absconder.
**Charge No. 2 - Special Condition** - "The defendant shall participate in a drug treatment program as directed by the Probation Department." Mr. Gant was referred to substance abuse treatment on September 8, 2004, and Mr. Gant has not attended treatment. The initial assessment was cancelled by the therapist, however, Mr. Gant never made any subsequent rescheduled appointments.
**Charge No. 3 - Standard Condition:** - "You shall notify the probation officer ten days prior to any change in residence or employment." The defendant's employment status and whereabouts are unknown. Attempts to contact Mr. Gant at former telephone numbers have been unsuccessful. He is believed to be an absconder from supervision.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 28 day of March, 2005, and ordered filed and made a part of the records in the above case.

_____
The Honorable Christopher F. Droney
United States District Judge

Sworn to By

_____
Bunita B. Keyes
United States Probation Officer

Place _____Hartford, CT_____

Date _____3/28/05_____

Before me, the Honorable Christopher F. Droney, United States District Judge, on this 28 day of March, 2005 at Hartford, Connecticut, U.S. Probation Officer Bunita B. Keyes appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Christopher F. Droney
United States District Judge