FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 NOV -7  A 8: 23

U.S. DISTRICT COURT
NEW HAVEN, CT

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| vs. | : | Crim. No. 3:03CR00053(JBA) |
| JACKIE GANT | : | |

## ORDER TO CONTINUE ON SUPERVISION AND MODIFIY CONDITIONS OF SUPERVISED RELEASE

On December 23, 2002, Jackie Gant appeared before the Honorable Frederic Block sitting in the Eastern District of New York, having pled guilty to Importation of Cocaine into the U.S., in violation of 21 U.S.C. §§ 952(a) and 960(a)(1). Jackie Gant was sentenced to time served and five years supervised release. In addition to the standard conditions, the special conditions were ordered as follow: 1) The defendant shall serve twelve (12) months in community confinement (halfway house); 2) The defendant shall participate in a drug treatment program as directed by the Probation Department; 3) The defendant shall not possess any kind of firearms; and 4) The defendant shall, through his attorney, provide quarterly progress reports to the Court during his period of community confinement.

On December 23, 2002, Mr. Gant's supervision commenced and he was expected to complete supervision on December 22, 2007.

On February 15, 2003, Jackie Gant's jurisdiction was transferred from the Eastern District of New York to the District of Connecticut. The case was assigned to the Honorable Janet Bond Arterton sitting in New Haven, Connecticut. On July 31, 2003, Judge Arterton modified Mr. Gant's special conditions effectively removing the condition that the defendant had to serve twelve months in community confinement and added the

2

following condition: The defendant shall participate in a mental health treatment program, as approved by the Probation Office. The defendant shall pay all, or a portion of, the costs associated with treatment, based on his ability to pay, in an amount determined by the Probation Office as appropriate.

On March 28, 2005, the Honorable Christopher F. Droney, signed a Petition on Probation and Supervised Release which outlined a number of violations. A warrant was issued as Mr. Gant had been in absconder status.

On October 20, 2005, Mr. Gant was presented for his initial appearance before the Honorable Magistrate Judge Thomas P. Smith who ordered Mr. Gant to be held without prejudice, pending a violation hearing on October 26, 2005.

On October 26, 2005, Mr. Gant was presented before the Court and was represented by appointed counsel, Sarah F. Russell. He admitted that he violated and the Court determined that Mr. Gant violated the conditions of supervision and reinstated his term of supervised release until June 14, 2007 to begin upon his release from State custody. The conditions of supervised release are modified to include placement of up to two months at Cheney House, in Hartford, Connecticut or until he can be placed in a long-term inpatient substance abuse treatment program where he can receive both substance abuse and psychological/psychiatric treatment as directed by the Probation Department. Mr. Gant will not be allowed to leave the Community Corrections Program unless he is escorted by Cheney staff, defense counsel or a probation officer in order to facilitate admission to treatment. He is to complete the inpatient treatment program and comply with the discharge treatment plan recommended by the treatment provider.

3

ACCORDINGLY, IT IS ORDERED, that the detainer remain in effect until Mr. Grant is released from the State of Connecticut custody and subsequently placed in Community Corrections, for up to two months until admission is secured at an appropriate inpatient treatment program. Mr. Gant is to complete the inpatient substance abuse treatment program and discharge treatment plan requirements.

All other court ordered conditions will remain in effect.

Dated at New Haven, Connecticut, this ___31st___ day of October, 2005.


The Honorable Janet Bond Arterton
United States District Judge