# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. JACKIE GANT                                                Docket No. 3:03CR00053(JBA)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Bunita B. Keyes, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of JACKIE GANT who was sentenced to time served for a violation of 21 U.S.C. §§ 952(a) and 960(a)(1), Importation of Cocaine, by the Honorable Frederic Block sitting in the court at the Eastern District of New York on December 23, 2002, who fixed the period of supervision at five years which commenced on December 23, 2002 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall serve twelve (12) months in community confinement (halfway house); 2) The defendant shall participate in a drug treatment program as directed by the Probation Department; 3) The defendant shall not possess any kind of firearm; 4) The defendant shall, through his attorney, provide quarterly progress reports to the Court during his period of community confinement.

On December 23, 2002, Mr. Gant's supervision commenced and was scheduled to complete supervision on December 22, 2007. On February 15, 2003, Jackie Gant's jurisdiction was transferred to the District of Connecticut. The case was assigned to the Honorable Janet Bond Arterton. On July 31, 2003, the Court modified Mr. Gant's special conditions removing the condition that the defendant serve twelve months in community confinement and added the following condition that the defendant shall participate in a mental health treatment program, as approved by the Probation Office. The defendant shall pay all, or a portion of the cost associated with treatment, based on his ability to pay, in an amount determined by the Probation Office as appropriate.

On March 28, 2005, the Honorable Christopher F. Droney, on behalf of the Honorable Janet B. Arterton, signed a Petition on Probation and Supervised Release which outlined a number of violations. A warrant was issued as Mr. Gant had been in absconder status. On October 26, 2005, Mr. Gant was presented before the Honorable Janet Bond Arterton on the Petition. Mr. Gant admitted the violation and the Court found that he violated the conditions of supervision and reinstated his term of supervised release upon release from State Custody. Upon release from state custody which occurred on October 27, 2005 and his conditions were modified to remain in detention until placement in Cheney House, in Hartford, Connecticut or until he can be placed in a long term inpatient substance abuse treatment program.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

**Standard Condition:** - "Mr. Gant must be detained until he is placed in the Cheney House in Hartford, Connecticut. He is to remain in the Cheney House up to two months until he can be placed in a long-term inpatient substance abuse treatment program." The defendant entered Cheney House on December 21, 2005, and he walked out on January 5, 2006 and his whereabouts are unknown. Attempts to contact Mr. Gant at his girlfriend's telephone number have been unsuccessful. He is believed to be an absconder from supervision.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**                                                    Sworn to By

Considered and ordered this 13th day of February 2006,        _____
and ordered filed and made a part of the records in the              Bunita B. Keyes
above case.                                                               United States Probation Officer

                                                                   Place Hartford, Connecticut
_____
The Honorable ~~Christopher F. Droney~~ Alvin W. Thompson     Date 2-13-06
United States District Judge

                Alvin W. Thompson
Before me, the Honorable ~~Christopher F. Droney~~, United States District Judge, on this 13th day of February 2006 at the Hartford, Connecticut, U.S. Probation Officer Bunita B. Keyes appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

                                                                   The Honorable ~~Christopher F. Droney~~
                                                                   United States District Judge
                                                                   For The Honorable Janet Bond Arterton
                                                                   United States District Judge