UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| UNITED STATES OF AMERICA | : | Crim. No. 3:03CR00053(JBA) |
|---|---|---|
| vs. | : | |
| JACKIE GANT | : | August 1, 2006 |

U.S. DISTRICT COURT
NEW HAVEN, CT

## ORDER TO CONTINUE ON SUPERVISION AND MODIFY CONDITIONS OF SUPERVISED RELEASE

On December 23, 2002, Jackie Gant appeared before the Honorable Frederic Block sitting in the Eastern District of New York, having pled guilty to Importation of Cocaine into the U.S., in violation of 21 U.S.C. §§ 952(a) and 960(a)(1). Jackie Gant was sentenced to time served and five years supervised release. In addition to the standard conditions, the special conditions were ordered as followed: 1) The defendant shall serve twelve (12) months in community confinement (halfway house); 2) The defendant shall participate in a drug treatment program as directed by the Probation Department; 3) The defendant shall not possess any kind of firearms; and 4) The defendant shall, through his attorney, provide quarterly progress reports to the Court during his period of community confinement.

On December 23, 2002, Mr. Gant's supervision commenced and he was expected to complete supervision on December 22, 2007.

On February 15, 2003, jurisdiction was transferred from the Eastern District of New York to the District of Connecticut. The case was assigned to the Honorable Janet Bond Arterton, U.S. District Judge, sitting in New Haven, Connecticut.

On July 31, 2003, Judge Arterton modified Mr. Gant's special conditions effectively removing the condition that the defendant had to serve twelve months in community confinement and added the following condition: The defendant shall participate in a mental

health treatment program, as approved by the Probation Office. The defendant shall pay all, or a portion of, the costs associated with treatment, based on his ability to pay, in an amount determined by the Probation Office as appropriate.

On February 13, 2006, the Honorable Alvin W. Thompson, signed a Petition on Probation and Supervised Release which outlined a violation. A warrant was issued as Mr. Gant had been in absconder status since January 5, 2006.

Whereas, on July 21, 2006, Mr. Gant was presented before the Court and was represented by appointed counsel, Sarah F. Russell. He admitted that he violated the conditions of his supervision and the Court determined that Mr. Gant violated the conditions of supervision and reinstated his term of supervised release until December 22, 2007.

IT IS HEREBY ORDERED THAT the conditions of supervised release be modified to include that the defendant be placed on home confinement with electronic monitoring for a period of three months and the cost is to be paid by the Government. The defendant is to participate in mental health and substance abuse assessments and follow through with treatment plans. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

IT IS FURTHER ORDERED, that Mr. Gant be released pending placement on home confinement.

All other court ordered conditions will remain in effect.

Dated at New Haven, Connecticut, this 31st day of August, 2006.

_____
The Honorable Janet Bond Arterton
United States District Judge