UNITED STATE DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:03CR00053(JBA) |
| VS. | : | |
| JACKIE GANT | : | December 19, 2006 |

## ORDER FOR PRESENTENCE PSYCHOLOGICAL/PSYCHIATRIC EXAM IN AID OF SENTENCING

Based on the defendant's mental and emotional concerns, the Court orders, pursuant to 18 U.S.C. § 3552(c), that an examination and report by a psychologist or psychiatrist be conducted in order to provide more information that is otherwise unavailable to the Court as a basis for determining the mental and emotional condition of the defendant, and to aid the Court in sentencing the defendant.

Signed and dated at New Haven, Connecticut this __5__ day of ~~December 2006~~ January 2007.

_____
The Honorable Janet Bond Arterton
United States District Judge